**DENIED**

BY ORDER OF THE COURT
Dated: 7/12/2023

*Mark C. Scarsi*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CY KUCKENBAKER, an individual<br><br>Plaintiff,<br><br>v.<br><br>BUZZFEED, INC., a Delaware corporation; and COMPLEX MEDIA, INC., a Delaware corporation,<br><br>Defendants. | Case No. 2:22-cv-06910-MCS-SK<br><br>**[PROPOSED] ORDER GRANTING RENEWED JOINT STIPULATION FOR CONTINUANCE OF CASE DEADLINES**<br><br>Complaint Filed: September 23, 2022<br><br>Hon. Mark C. Scarsi |

**ORDER**

**ORDER**

Before the Court is a Joint Stipulation to Continue Case Management Dates (the "Stipulation") in the above-referenced matter.

For good cause shown, the Court finds that the requested extension should be **GRANTED.** Accordingly, the Court's Order Re: Jury Trial [Doc. 35] is hereby amended to reflect the following deadlines:

| Event | Old Date | New Date |
|---|---|---|
| Non-Expert Discovery Cutoff | July 20, 2023 | August 3, 2023 |
| Last Date to Hear Motions | August 21, 2023 | September 11, 2023 |
|  |  |  |

SO ORDERED, this ___ day of July, 2023.

**DENIED**

BY ORDER OF THE COURT

_____
Mark C. Scarsi
United States District Judge

-1-

ORDER