# EXHIBIT D



# Rights Clearance and Fair Use Policies

## 2019 Legal Training Session

CONFIDENTIAL

# Intellectual Property

- Patents

- **Copyrights**

- **Trademarks**

- **Rights of Publicity**

CONFIDENTIAL

COMPLEX 00023

# Copyrights and Trademarks

- Copyright: A specific expression of an idea
  - A video
  - A photo
  - A GIF
  - A song

- Trademark: A word or symbol that identifies a source
  - Brand/show names (COMPLEX)
  - Logos 

CONFIDENTIAL

COMPLEX 00024

# Right of Publicity

- Using an **individual**'s <span style="color:red">**likeness (personal characteristics)**</span> for <span style="color:green">**commercial**</span> purposes
  - Merchandise

  - Endorsements of others

  - Commercial content
    - White-label
    - Branded/sponsored content



COMPLEX 00025

# Questions?

CONFIDENTIAL

COMPLEX 00026

# Complex Policies

- Rights need to be properly cleared PRIOR to first public use
  - Ask permission
  - Document permissions
  - **CREDITING IS NOT ENOUGH**
- Any exceptions must be discussed with Legal first
  - **"Hot News"**
  - **"Mash-Up"**

CONFIDENTIAL

COMPLEX 00027

# What Do You Need to Document Permissions?

1.  State this is for Complex Networks (not for you personally)

2.  Ask for contact information for Legal follow-up (name and email address)

3.  Create and keep written proof

    – Temporary documentation: Screenshot of DM, copy of email, etc.

    – Permanent documentation: Rights clearance paperwork provided by Legal

CONFIDENTIAL

COMPLEX 00028

# Questions?

CONFIDENTIAL

# FAIR USE "NEWSWORTHINESS"

CONFIDENTIAL

COMPLEX 00030

# "Hot News"

- What is "hot"?

- What is "news"?

- When does an asset qualify as "hot news"?

CONFIDENTIAL

COMPLEX 00031

# Questions?

COMPLEX 00032

# Rated Red: Fair Use Granted

 **Carson Wentz** ✔
@cj_wentz



Happy 5th Birthday to Mama Henley! We've been through a lot in 5 years. Best dog and hunting buddy I could ask for!



2:37 PM - 1 Jan 2018

CONFIDENTIAL

# Rated Red: Fair Use Granted



CONFIDENTIAL

# Questions?

CONFIDENTIAL

COMPLEX 00035

# Fair Use Denied

- Reposting photo/video as a standalone with a short caption or no caption
- "Retrospective" content (ex. year in review, obituaries, etc.)
- Branded content
- "White-label" content (ex. custom preroll)

CONFIDENTIAL

COMPLEX 00036

# Questions?

CONFIDENTIAL

COMPLEX 00037

# MASH-UPS

CONFIDENTIAL

COMPLEX 00038

# What Is A Mash-Up?

- A combination of at least **two unrelated** pieces of **graphical** content

# Not A Mash-Up

**Example**

- Adding a musical score or a soundtrack to a video

- Adding text to a photo or video

- Freestyle drawing on a photo or video

- Combining related stills into a GIF or slideshow

**Why Not?**

- Music is related to the video and not graphical

- Text isn't graphical

- Freestyle drawing is related to the base photo/video

- Assets are all related

CONFIDENTIAL

# Mash-Up Rules

1. Must Be Created In-House.

2. No Uncleared Photos.

3. No Uncleared UGC.

4. No Music.

5. Must Be Topical

6. No "Fake News"

7. No Bad Journalism

8. Complex Platforms Only

9. No Branded/Sponsored Content

CONFIDENTIAL

COMPLEX 00041

# Does This Comply?



CONFIDENTIAL

COMPLEX 00042

# Does This Comply?



CONFIDENTIAL

COMPLEX 00043

# Does This Comply?



CONFIDENTIAL

# How to Deal with Claims

- Do not respond to claimant
- Forward all relevant communications **ASAP** to Legal ([legal@complex.com](mailto:legal@complex.com))
- Do not respond to claimant
- Promptly provide any relevant information and any information requested by Legal
- Do not respond to claimant
- Do not offer any compensation
- **DO NOT RESPOND to claimant**

CONFIDENTIAL

COMPLEX 00045

# Questions?

CONFIDENTIAL

COMPLEX 00046