UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-06910-MCS-SK | Date | July 18, 2023 |
| Title | *Kuckenbaker v. Buzzfeed, Inc.* | | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE: JOINT STIPULATION FOR RESOLUTION OF SUMMARY JUDGMENT-RELATED CLAIMS (ECF NO. 42)**

The parties filed a stipulation in which they agree to certain facts and the resolution of certain claims and defenses. (Stip., ECF No. 42.) The parties filed a proposed partial judgment based on the stipulation. (Proposed Order, ECF No. 42-1.)

The Court accepts the stipulation insofar as it memorializes the parties' agreement to narrow the remaining issues for trial. The Court applauds the parties for resolving these issues without expending time and resources on motion practice. However, the Court declines to enter the proposed partial judgment. Federal Rule of Civil Procedure 54(b) authorizes the entry "of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay." The stipulation offers no reason why such a determination is appropriate here. *See Wood v. GCC Bend, LLC*, 422 F.3d 873, 879 (9th Cir. 2005) ("[C]ertification [under Rule 54(b)] in ordinary situations . . . is not routine.").

**IT IS SO ORDERED.**