1 | TYRA HUGHLEY SMITH (SBN 259845)
2 | MICHELLE N. COLLINS (SBN 333750)
tyra@hughleysmithlaw.com
3 | michellecollins@hughleysmithlaw.com
Hughley Smith Law, PC
4 | 11239 Ventura Blvd., #103-226
Studio City, California 91604
5 | Telephone: (818) 527- 2225

6 | Attorneys for Plaintiff
Cy Kuckenbaker

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CY KUCKENBAKER, an individual | CASE NO. 2:22-CV-06910-MCS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS ACTION AND CONSENT ORDER** |
| BUZZFEED, INC., a Delaware corporation; and COMPLEX MEDIA, INC., a Delaware corporation, | |
| Defendants. | |

**TO THE COURT:**

**IT IS HEREBY STIPULATED AND AGREED TO** by plaintiff Cy Kuckenbaker ("Kuckenbaker) through his counsel of record, as follows:

WHEREAS, the Parties have reached a settlement of all claims and counterclaims asserted in the action, which has been memorialized in a Confidential Settlement Agreement ("Agreement") with an effective date of August 9, 2023;

1. The Parties shall comply and have to date complied with the terms of their settlement agreement entered into on August 9, 2023;

2. Pursuant to F. Rule of Civ. P. 41(a)(1)(A), Plaintiff Cy Kuckenbaker and Defendants hereby dismiss the above-entitled action against Defendants, with prejudice, and each party shall bear its own attorney's fees and costs.

DATED: September 15, 2023        HUGHLEY SMITH LAW, PC

                                 By: ___/s/ Tyra Hughley Smith___
                                     Tyra Hughley Smith
                                     Attorney for Plaintiff
                                     Cy Kuckenbaker

DATED: September 16, 2023

                                 By: ___/s/ Willmore Holbrow III___
                                     Willmore Holbrow III
                                     Attorney for Defendants
                                     Complex Media Inc.
                                     and BuzzFeed, Inc.